IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 3:13-CV-3766-D |
| | § | Criminal No. 3:08-CR-119-D(02) |
| VS. | § | |
| | § | |
| TERESA CASTILLO, | § | |
| | § | |
| Defendant. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, defendant Teresa Castillo's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is transferred to the United States Court of Appeals for the Fifth Circuit. *See In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

The clerk of court is directed to close this civil action statistically.

**SO ORDERED**.

October 30, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE